IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                                Case No.: 3:07cr53-LAC

RYAN DANYEL ROCKMORE
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR EXPEDITED REVIEW OF ORDER OF RELEASE AND STAY OF ORDER OF RELEASE PENDING REVIEW

Upon the Motion of the United States, pursuant to 18 U.S.C. § 3665, and pursuant to Title 18, United States Code, Section 3145, it is hereby

ORDERED that the order of Federal Magistrate Judge Terry F. Moorer of the Middle District of Alabama, issued on or about this date, directing the release of the above referenced co-defendant, Ryan Danyel Rockmore, for the purpose of voluntarily appearing in the Northern District of Florida on charges in the above referenced matter, is revoked, and that the United States Marshals Service is directed to retain custody of this defendant, and to remove him for appearance in the Northern District of Florida on the charges in the above referenced matter in the most expeditious means reasonably available to them, where the Court will then consider the matter of detention or release for this defendant in this district; the relief requested by the government therein is hereby GRANTED.

DONE and ORDERED this 12th day of Apr, 2007.

_____
LACEY A. COLLIER
UNITED STATES SENIOR DISTRICT COURT JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 APR 12 PM 12: 32

06
FILED