AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE   District of   ALABAMA

| UNITED STATES OF AMERICA<br>V.<br>RYAN DANYEL ROCKMORE | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>3:07cr53LAC | District of Arrest<br>2:07mj38-TFM | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. §   1341 and 1028

**DISTRICT OF OFFENSE**
Northern/Florida - Pensacola Division

**DESCRIPTION OF CHARGES:**

Mail Fraud

Aggravated identity theft

**CURRENT BOND STATUS:**
☐ Bail fixed at                 and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X  Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel    X  Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**   X  No    ☐ Yes    Language:

MIDDLE   DISTRICT OF   ALABAMA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 12, 2007                            /s/ Terry F. Moorer
_____   _____
Date                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |